DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TOMAS LORENTZ,**
Appellant,

v.

**MATTHEW KRAC** and **CHRISTINA KRAC DIMMOCK,**
Appellees.

No. 4D22-136

[December 15, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE 21-004539 (12).

Tomas Lorentz, Davie, pro se.

Joshua Christensen of Lampariello Law Group, Royal Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***